**Nos. 25-1743, 25-2133**

# In the United States Court of Appeals for the Ninth Circuit

MARY BETH MONTERA,

PLAINTIFF-APPELLEE-CROSS-APPELLANT,

V.

PREMIER NUTRITION CORPORATION,

DEFENDANT-APPELLANT-CROSS-APPELLEE.

On Appeal from the United States District Court
for the Northern District of California
Civil No. 3:16-cv-06980-RS
The Honorable Richard Seeborg

## PREMIER NUTRITION'S STATUS REPORT

Aaron D. Van Oort
Rory F. Collins
FAEGRE DRINKER
BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Aaron.VanOort@
  FaegreDrinker.com
Rory.Collins@
  FaegreDrinker.com

Mark D. Taticchi
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5000
Mark.Taticchi@
  FaegreDrinker.com

David A. Belcher
FAEGRE DRINKER
BIDDLE & REATH LLP
1800 Century Park East
Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
David.Belcher@
FaegreDrinker.com

*Counsel for Defendant-Appellant-Cross-Appellee Premier Nutrition Corporation*

# STATUS REPORT

On July 9, 2025, the Court granted the parties' joint motion to stay appellate proceedings because the parties had reached a settlement in principle. In that order, the Court required that Premier file a status report every 60 days.

Premier now reports that the district court granted final approval of the parties' proposed class action settlement in an order dated May 14, 2026. *See Montera v. Premier Nutrition Corporation*, 3:16-cv-06980-RS, Dkt. 418. Consistent with that order, the parties will shortly dismiss their respective appeals. *Id.* at 3.

Date: May 27, 2026

RESPECTFULLY SUBMITTED,

FAEGRE DRINKER BIDDLE & REATH LLP


      /s/ *Aaron D. Van Oort*

Aaron D. Van Oort
Rory F. Collins
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Aaron.VanOort@FaegreDrinker.com

Mark D. Taticchi
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5000
Mark.Taticchi@FaegreDrinker.com

David A. Belcher
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
David.Belcher@FaegreDrinker.com

3

*Counsel for Defendant-Appellant-Cross-Appellee*
*Premier Nutrition Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Aaron D. Van Oort

Aaron D. Van Oort

*Counsel for Defendant-Appellant-Cross-Appellee*
*Premier Nutrition Corporation*
